

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00406-CV

WOODY K. LESIKAR, INDIVIDUALLY AND AS TRUSTEE OF THE WOODY K. LESIKAR SPECIAL TRUST AND AS TRUSTEE OF THE WOODROW V. LESIKAR FAMILY TRUST, Appellants

V.

CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, Appellees

Appeal from the 334th District Court of Harris County.   (Tr. Ct. No. 2008-65920).

**TO THE 334TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 4th day of September 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on March 26, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment that rendered summary judgment in favor of the appellees on their fraudulent transfer claim.   Accordingly, the Court **reverses** this portion of the trial court's judgment.   The Court further **reverses** the portion of the judgment disposing of the parties' attorney's fee claims.
>
> The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court **remands** the case to the trial court for further proceedings on the fraudulent transfer and attorney's fee claims.

The Court **orders** that the appellants, Woody K. Lesikar, Individually and as Trustee of the Woody K. Lesikar Special Trust and as Trustee of the Woodrow V. Lesikar Family Trust, jointly and severally, pay one half of the appellate costs. The Court **orders** that the appellees, Carolyn Ann Lesikar Moon, Individually and as Trustee of the Carolyn Ann Lesikar Moon Special Trust, jointly and severally, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 4, 2014.

Panel consists of Justices Bland, Massengale, and Sharp. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

